# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Reese,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>　　　　　Defendant. | No. CV-16-03083-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulation of Dismissal. (Doc. 31.) For good cause shown,

　　　**IT IS ORDERED** dismissing Plaintiff James Reese's claims against Defendant Life Insurance Company of North America with prejudice, with each party to bear its own attorneys' fees and costs.

　　　Dated this 31st day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge